UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINA BLOOM,

    Plaintiff,                                          No. 23-11932

v.                                                  Hon. Nancy G. Edmunds

BLUE CROSS BLUE SHIELD OF MICHIGAN,

    Defendant.
_____/

**ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIM**

      Plaintiff Christina Bloom brings this case against her former employer, Defendant Blue Cross Blue Shield of Michigan, alleging religious discrimination under Title VII of the Civil Rights Act ("Title VII") and Michigan's Elliott-Larsen Civil Rights Act ("ELCRA") and disability discrimination and retaliation under the Americans with Disabilities Act ("ADA"). The Court has federal question jurisdiction over Plaintiff's Title VII and ADA claims (Counts I, II, and IV), but Plaintiff's ELCRA claim (Count III) is based on state law. Because the parties in this case are nondiverse, the Court declines to exercise supplemental jurisdiction over the ELCRA claim so as to avoid jury confusion. *See* 28 U.S.C. § 1367(c)(4); *Moor v. Cty. of Alameda*, 411 U.S. 693, 716 (1973); *Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994). Thus, pursuant to § 1367(c), Plaintiff's state law claim in Count III of her complaint is hereby DISMISSED WITHOUT PREJUDICE. The Court will retain jurisdiction over Plaintiff's federal claims only.

      SO ORDERED.

                                                      s/Nancy G. Edmunds
                                                      Nancy G. Edmunds
Dated: October 10, 2023             United States District Judge

`Case 2:23-cv-11932-NGE-KGA   ECF No. 4, PageID.25   Filed 10/10/23   Page 2 of 2`

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 10, 2023, by electronic and/or ordinary mail.

s/Lisa Bartlett<br>Case Manager